

Fredrikson & Byron, P.A.
Attorneys and Advisors

60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
Main: 612.492.7000
fredlaw.com

May 28, 2024

**VIA EMAIL & ECF**
The Honorable Jerry W. Blackwell
United States District Court
316 N. Robert Street
St. Paul, MN 55101

Re:   Compeer Financial, ACA et al. v. Corporate America Lending, Inc.; Case No. 24-cv-1896 (JWB/ECW)

Dear Judge Blackwell:

We were retained yesterday as local counsel by Defendant Corporate America Lending, Inc. ("CAL" or "Defendant") in the above-captioned lawsuit. We are in the process of filing pro hac vice appearances for the Manatt firm, which already represents CAL in related matters currently pending in California as described below.

We are aware that the Court has scheduled a Status Conference that is set for May 29, 2024, at 11 a.m. via video conference.

CAL has worked diligently over the holiday weekend to retain this firm as local counsel. CAL's lead California counsel is out of the country on vacation until June 2, 2024. In light of Plaintiffs' Motion for a Temporary Restraining Order, which includes a request for "Expedited Handling," CAL hereby requests at least two weeks from the date of the Status Conference to file an Opposition.

There are two related matters of which the Court should be aware:

First, on May 15, 2024, Plaintiff Compeer Financial ACA/FLCA/PCA f/k/a Agstar Financial Services ACA/FLCA/PCA. dba Agri-Access ("Agri-Access") filed a Demand for Arbitration against CAL claiming that the dispute between the parties must be resolved in arbitration under Article 7 of the Origination, Field Servicing and Master Participation Agreement dated April 15, 2015, as amended (the "MPA"), to which Agri-Access and CAL are signatories. (AAA Case No: 01-24-0005-4234.)  Agri-Access also filed a request for emergency relief under AAA Commercial Rule of Arbitration 38 ("Rule 38") *that is largely duplicative of the relief sought from this Court*, and which is pending.

More specifically, in its Rule 38 request, Agri-Access requested that the Emergency Arbitrator "issue an enforceable interim Award ordering CAL to return the $58 million." In the alternative, Agri-Access seeks in the previously filed arbitration proceeding that "the Emergency



May 28, 2024
Page 2

Arbitrator order CAL to deposit the $58 million in an escrow account to be controlled by a disinterested third party." Agri-Access also seeks an award of attorney's fees and costs. CAL's opposition to Agri-Access' application for emergency relief in the AAA proceeding is due on May 28, 2024. Pursuant to Plaintiff's request in that forum, the parties are scheduled to participate in an emergency arbitration hearing before the AAA on June 3, 2024.

In addition, on May 24, 2024, CAL filed a related lawsuit against Agri-Access in the Superior Court of the State of California, County of Fresno. (Corporate America Lending, Inc. v. Compeer Financial, ACA et al., Case No. 24CECG02156). The gravamen of the parties' claims involve actions taken in Fresno County regarding CAL's loans to Fresno County borrowers that are/were secured by California real estate.

CAL reserves all rights and defenses.

We look forward to appearing at the hearing tomorrow along with Barry W. Lee and Misa Eiritz of the Manatt law firm.

Sincerely yours,

FREDRIKSON & BYRON, P.A.

*/s/ Joseph T. Dixon*

Joseph T. Dixon
**Direct Dial:** 612.492.7258
**Email:** jdixon@fredlaw.com

Cc: Natasha Robinson
Barry W. Lee
Misa Eiritz
Counsel of record