UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Compeer Financial, ACA, Compeer Financial, PCA, and Compeer Financial, FLCA,<br><br>Plaintiffs,<br>v.<br><br>Corporate America Lending, Inc.,<br><br>Defendant. | Court File No. 24-cv-1896 (JWB/ECW)<br><br>**DECLARATION OF RON COOK** |

I, Ron Cook, hereby declare:

I am the Chief Executive Office/Owner of Corporate America Lending, Inc. ("CAL"), a California Corporation in good standing. If called upon to testify regarding the contents of this declaration, I could and would testify competently thereto.

Under the parties' Origination, Field Servicing and Master Participation Agreement dated April 15, 2015, as amended (the "MPA"), CAL sold Plaintiff Agri-Access[1] a 100% Participation in two loans (the "Famoso Loans") made by CAL to Famoso Hills Ranch, LLC and Famoso Hills Ranch II, LLC (the "Borrowers").

---

[1] Plaintiffs Compeer Financial, ACA f/k/a AgStar Financial Services, ACA, Compeer Financial, PCA f/k/a AgStar Financial Services, PCA, and Compeer Financial, FLCA f/k/a AgStar Financial Services, FLCA, each of which conduct certain business as Agri-Access (collectively, "Agri-Access").

403000530.3

Pursuant to two Demands for Payment in Full that CAL prepared and sent to the Borrowers, and dated April 25, 2024, the total amounts due to pay off the Famoso Loans were $25,182,066.69 and $33,005,909.81.

On April 29, 2024, and as a result of the Borrowers decision to refinance the Famoso Loans, CAL received wire payments totaling $58,187,976.50, in full repayment of the Famoso Loans (the "Payoff Proceeds").

I am willing to enter into an agreement that preserves the Payoff Proceeds pending the resolution of AAA Case No. 01-24-0005-4234.

I declare under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct, and that this Declaration was executed on May 29, 2024, in Fresno, California.

Dated:  May 29, 2024                /s/
                                    Ron Cook