UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

COMPEER FINANCIAL, ACA;
COMPEER FINANCIAL, PCA; and
COMPEER FINANCIAL, FLCA,

Court File No.  24-CV-1896 (JWB/ECW)

*Plaintiffs,*

v.

**PLAINTIFFS' MOTION TO
CONFIRM ARBITRATION AWARDS**

CORPORATE AMERICA LENDING,
INC.,

*Defendant.*

---

Plaintiffs Compeer Financial, ACA; Compeer Financial, PCA; and Compeer Financial, FLCA hereby move to confirm the October 28, 2024 Interim Award; November 26, 2024 Sanctions Order; and February 4, 2025 Partial Final Award on Phase I rendered by the Panel in the arbitration before the American Arbitration Association pursuant to Chapter 1 of the Federal Arbitration Act against Defendant Corporate America Lending, Inc.  This motion is based on the accompanying Memorandum of Law in Support of Plaintiffs' Motion to Confirm Arbitration Awards, all accompanying affidavits and exhibits, the pleadings and papers on file in this action, oral argument, and such other matters as the Court may consider in hearing the motion.

1

Dated: February 12, 2025           JONES DAY

By: */s/ Joseph Boylan*
    Christopher J. Lovrien*
    Joseph J. Boylan*
    555 South Flower Street
    Fiftieth Floor
    Los Angeles, CA 90071
    Phone: 213-243-2175
    Email: cjlovrien@jonesday.com
            jboylan@jonesday.com

    W. Anders Folk (MN #0311388)
    90 South Seventh Street
    Suite 4950
    Minneapolis, MN 55402
    Phone: 612-217-8800
    Email:  afolk@jonesday.com

    *Attorneys for Plaintiffs Compeer Financial, ACA; Compeer Financial, PCA; and Compeer Financial, FLCA*

    *Admitted pro hac vice*