UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| COMPEER FINANCIAL, ACA; COMPEER FINANCIAL, PCA; and COMPEER FINANCIAL, FLCA,<br><br>      Plaintiff,<br>—against—<br><br>CORPORATE AMERICA LENDING, INC.,<br><br>      Defendant. | Court File No. 24-cv-1896 (JWB/ECW)<br><br><br><br>**DEFENDANT CORPORATE AMERICA LENDING, INC.'S MOTION TO DISMISS** |

Defendant Corporate America Lending, Inc., by and through its attorneys, moves the Court for an order under Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiff's Complaint for Forum Non Conveniens.

This motion is based on all of the files, records, and proceedings herein, including the memorandum of law filed in accordance with D. Minn. L.R. 7.1, the declarations of Ron J. Cook and Barry W. Lee with exhibits, and any arguments at the time of hearing.

2

Dated:   February 24, 2025              Respectfully submitted,

*/s/ Barry W. Lee*
Barry W. Lee (pro hac vice)
Misa K. Eiritz (pro hac vice)
**MANATT, PHELPS & PHILLIPS, LLP**
One Embarcadero Center, 30th Floor San Francisco, California 94111
(415) 291-7400
bwlee@manatt.com
meiritz@manatt.com

*/s/ C. Russell Georgeson*
C. Russell Georgeson (pro hac vice)
**GEORGESON LAW OFFICES**
7491 North Remington Ave., Suite 100
Fresno, CA 93711
Telephone: (559) 447-8800
crgdanelaw@sbcglobal.net

**Attorneys for Defendant, CORPORATE AMERICA LENDING, INC.**