UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Compeer Financial, ACA; Compeer Financial, PCA; and Compeer Financial FLCA, | Civ. No. 24-1896 (JWB/ECW) |
| Plaintiffs, | **ORDER ON MOTION TO DISMISS AND MOTION TO CONFIRM ARBITRATION AWARDS** |
| v. | |
| Corporate America Lending, Inc., | |
| Defendant. | |

---

Chris Lovrien, Esq., David J. Feder, Esq., Joseph James Boylan, Esq., and W. Anders Folk, Esq., Jones Day, counsel for Plaintiffs.

Barry W. Lee, Esq,. Misa Eiritz, Esq., and Noro Mejlumyan, Esq., Manatt, Phelps & Phillips; Joseph T. Dixon, III, Esq., and Natasha T. Robinson, Esq., Fredrikson & Byron, P.A.; and Clarence Russell Georgeson, Esq., Georgeson Law Offices, counsel for Defendant.

---

Based on the files, records, and submissions in this case, and for the reasons stated at the March 26, 2025 hearing, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss for Forum Non Conveniens (Doc. No. 107) is **DENIED**.

2. Plaintiffs' Motion to Confirm Arbitration Awards (Doc. No. 76) is **GRANTED**, and the following awards from AAA Case No. 01-24-0005-4234 are **CONFIRMED**:

    a. The February 4, 2025 Partial Final Award on Phase I (attached as Exhibit 1);

   b. The October 28, 2024 Interim Award (attached as Exhibit 2), including the awards of the Emergency Arbitrator that it adopted (attached as Exhibits 2-A, 2-B, 2-C, and 2-D); and

   c. The November 26, 2024 Sanctions Order (attached as Exhibit 3).

3. Pursuant to 28 U.S.C. § 1963 and for good cause shown, Plaintiffs may register this judgment in other districts.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: March 27, 2025

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge