# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Compeer Financial, ACA, Compeer Financial, PCA, Compeer Financial, FLCA,<br><br>Plaintiffs,<br><br>v.<br><br>Corporate America Lending, Inc.,<br><br>Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 24-cv-01896-JWB-ECW |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendant's Motion to Dismiss for Forum Non Conveniens (Doc. No. 107) is **DENIED**.

2. Plaintiffs' Motion to Confirm Arbitration Awards (Doc. No. 76) is **GRANTED**, and the following awards from AAA Case No. 01-24-0005-4234 are **CONFIRMED**:

   a. The February 4, 2025 Partial Final Award on Phase I (attached as Exhibit 1);

   b. The October 28, 2024 Interim Award (attached as Exhibit 2), including the awards of the Emergency Arbitrator that it adopted (attached as Exhibits 2-A, 2-B, 2-C, and 2-D); and

   c. The November 26, 2024 Sanctions Order (attached as Exhibit 3).

3. Pursuant to 28 U.S.C. § 1963 and for good cause shown, Plaintiffs may register this judgment in other districts.

Date: 3/28/2025                                                                                                   KATE M. FOGARTY, CLERK