# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Civil File No.: 24-CV-1896 (JWB/ECW)

Compeer Financial, ACA;
Compeer Financial, PCA; and
Compeer Financial, FLCA,

    Plaintiffs,

vs.

**LR 7.1(F) WORD COUNT COMPLIANCE CERTIFICATE**

Corporate America Lending,

    Defendant.

---

I, Aram V. Desteian, certify that Barry W. Lee and C. Russell Georgeson's Memorandum in Response to March 27, 2025, Order to Show Cause complies with the District of Minnesota's Local Rule 7.1(f).

I further certify that, in preparation of this Memorandum, I used Microsoft Word for Microsoft Office 365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced Memorandum contains 9,846 words.

**BASSFORD REMELE**
*A Professional Association*

Date: April 10, 2025

By /s/ Aram V. Desteian
Kevin P. Hickey (#202484)
Aram V. Desteian (#396021)
100 South 5th Street, Suite 1500
Minneapolis, MN 55402-1254
Telephone:   (612) 333-3000
Facsimile:   (612) 333-8829
khickey@bassford.com
adesteian@bassford.com

Attorneys for Manatt, Phelps & Phillips, LLP and Georgeson Law Offices

4924-4430-9300, v. 1