UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| COMPEER FINANCIAL, ACA; COMPEER FINANCIAL, PCA; and COMPEER FINANCIAL, FLCA,<br><br>*Plaintiffs,*<br><br>v.<br><br>CORPORATE AMERICA LENDING, INC.,<br><br>*Defendant.* | Court File No. 24-CV-1896 (JWB/ECW)<br><br>**LOCAL RULE 7.1 COMPLIANCE CERTIFICATE** |

I, Joseph J. Boylan, certify that Plaintiffs' Response to Defense Counsel's Response to the March 27, 2025 Order to Show Cause complies with the word limits in Local Rule 7.1(f) and with the type-size requirement of Local Rule 7.1(h). I further certify that, in preparation of this Memorandum, I used Microsoft Office 365 and that the word-count feature of this word-processing program has been applied to all text, including headings, footnotes, and quotations, but excluding those portions of the Memorandum excepted by Local Rule 7.1(f)(1)(C)(i)–(v).

The above referenced Memorandum contains 8,758 words.

Dated: April 24, 2025  JONES DAY


By: */s/ Joseph Boylan*
    Christopher J. Lovrien*
    Joseph J. Boylan*
    555 South Flower Street
    Fiftieth Floor
    Los Angeles, CA 90071
    Phone: 213-243-2175
    Email: cjlovrien@jonesday.com
           jboylan@jonesday.com


    W. Anders Folk (MN #0311388)
    90 South Seventh Street
    Suite 4950
    Minneapolis, MN 55402
    Phone: 612-217-8800
    Email:  afolk@jonesday.com

    *Attorneys for Plaintiffs Compeer Financial, ACA; Compeer Financial, PCA; and Compeer Financial, FLCA*


    *Admitted pro hac vice*