UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

___

| | |
|---|---|
| Compeer Financial, ACA; Compeer Financial, PCA; and Compeer Financial FLCA,<br><br>    Plaintiffs,<br><br>v.<br><br>Corporate America Lending, Inc.,<br><br>    Defendant. | Civ. No. 24-1896 (JWB/ECW)<br><br>**[PROPOSED] ORDER REGARDING CONTINUED SEALING OF RECEVIER'S FIRST WRITTEN REPORT AND FOR PRODCUTION OF DOCUMENTS** |

___

On April 23, 2025, T. Scott Avila, as Court-appointed Receiver pursuant to the *Order Appointing Receiver*, dated March 27, 2025 (Docket No. 118), filed that certain Motion Regarding Continued Sealing of Receiver's First Written Report and for Instructions on Sharing of Documents with Plaintiffs (Docket No. 167) (the "Motion"). Counsel served appropriate notice on all interested parties through the Court's Electronic Case Filing System. Based upon the Motion, all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED**:

1. The Motion is [granted / denied].

2. The Receiver is directed to _____ with respect to the Bank Records and information regarding CAL's business operations and practices.

3. The Receiver's First Written Report shall be [sealed / unsealed].

303085523v1

2

Dated: _____          _____
                                  Judge Elizabeth Cowan Wright
                                  Magistrate Judge, District of Minnesota

303085523v1