Compeer Financial, ACA v. Corporate America Lending, Inc.
Case No. 24-1896 (JWB/ECW)

Demonstrative
Bank Transfer Accounting

| Transasction | Date | Transfer Amount |
|---|---|---|
| **Beginning Cash Balances - CAL FFB & BofA Accounts** | | 1,821 |
| | | |
| Loan Payment 1 | 4/29/2024 | 25,182 |
| Loan Payment 2 | 4/29/2024 | 33,006 |
| **Funds Sent to CAL - Loan Payments** | | **58,188** |
| | | |
| **Amount Sent (To) Defendants:** | | |
| Mike & Cynthia Graham | 5/24 - 6/24 | (12,174) |
| Dennis Morgan (JD Investments) | 4/24 - 5/24 | (21,449) |
| Kristi Inness | 5/6/2024 | (5,400) |
| **Total Amount Sent to Defendants** | | **(39,023)** |
| | | |
| **Amount Returned by Defendants:** | | |
| Mike & Cynthia Graham | 6/5/2024 | 13,000 |
| Dennis Morgan (JD Investments) | 6/24 - 7/24 | 22,300 |
| Kristi Inness | 9/27/2024 | 5,000 |
| **Total Amount Returned by Defendants** | | **40,300** |
| | | |
| **Net (Sent to) / Recovered from Defendants:** | | |
| Mike & Cynthia Graham | 5/24 - 6/24 | 826 |
| Dennis Morgan (JD Investments) | 4/24 - 7/24 | 851 |
| Kristi Inness | 5/24 - 9/24 | (400) |
| **Net Amount Received from Defendants** | | **1,277** |