UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| COMPEER FINANCIAL, ACA; COMPEER FINANCIAL, PCA; and COMPEER FINANCIAL, FLCA,<br><br>       Plaintiff,<br>—against—<br><br>CORPORATE AMERICA LENDING, INC.,<br><br>       Defendant. | Court File No. 24-cv-1896 (JWB/ECW)<br><br><br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY BARRY W. LEE** |

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Barry W. Lee is withdrawing as counsel of record for Defendant Corporate America Lending, Inc.

Date: July 28, 2025

                                                  */s/ Barry W. Lee*
                                                   Barry W. Lee