## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Compeer Financial, ACA; Compeer Financial, PCA; and Compeer Financial FLCA, | Civ. No. 24-1896 (JWB/ECW) |
| Plaintiffs, | |
| v. | **RECEIVER'S SIXTH MOTION FOR PAYMENT OF FEES AND EXPENSES** |
| Corporate America Lending, Inc., | |
| Defendant. | |

---

T. Scott Avila, Receiver appointed pursuant to the Order Appointing Receiver, dated March 27, 2025 (Docket No. 118) (the "Receivership Order"), by and through his undersigned counsel, hereby files this *Receiver's Sixth Motion for Payment of Fees and Expenses* (the "Motion"). This Motion is based upon the records and proceedings herein, including the *Memorandum in Support of Receiver's Sixth Motion for Payment of Fees and Expenses* filed contemporaneously herewith and any arguments at the time of hearing.

Dated: October 24, 2025              Respectfully Submitted,

**KATTEN MUCHIN ROSENMAN LLP**

 /s/ *Ethan D. Trotz*
Ethan D. Trotz (Minn. Bar No. 0505235)
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone: (312) 902-5516
Email: ethan.trotz@katten.com

John E. Mitchell* (Tex. Bar No. 00797095)
Yelena E. Archiyan* (Tex. Bar No. 24119035)
2121 North Pearl Street
Dallas, TX 75201

304046257v1

Email: john.mitchell@katten.com
yelena.archiyan@katten.com

*Counsel for Receiver T. Scott Avila*

*\* Admitted pro hac vice*

2

304046257v1