**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Compeer Financial, ACA; Compeer Financial, PCA; and Compeer Financial FLCA, | Civ. No. 24-1896 (JWB/ECW) |
| Plaintiffs, | |
| v. | **RECEIVER'S FOURTH WRITTEN REPORT** |
| Corporate America Lending, Inc., | |
| Defendant. | |

---

T. Scott Avila, the Receiver appointed pursuant to the *Order Appointing Receiver*, dated March 27, 2025 (Docket No. 118) (the "Receivership Order"), hereby files this *Receiver's Fourth Written Report* (the "Fourth Report") in accordance with Paragraph 11 of the Receivership Order and the Court's *Order on the Receiver's Motion Regarding Continued Sealing of Receiver's First Written Report and for Instructions on Sharing of Documents with Plaintiffs* entered on June 20, 2025 (Docket No. 206) (the "June 20 Order").

**PRELIMINARY STATEMENT**

1.      The Receiver filed the Receiver's First Written Report (the "First Report") on April 28, 2025, the Receiver's Second Written Report (the "Second Report")[1] on June

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the First Report, Second Report, and Third Report, as applicable.

27, 2025, and the Receiver's Third Written Report (the "Third Report") on August 26, 2025.

2.      As reported in the Second and Third Reports, the Receiver has substantially completed the tracing of the Payoff Proceeds and has identified the principal categories of transferees of those funds.  Since the filing of the Third Report, the Receiver's activities have centered on implementing the discovery protocol authorized by the June 20 Order, coordinating targeted data processing, and preparing for rolling productions consistent with that protocol.

3.      In addition, the Receiver understands that the Plaintiffs will be bringing a motion regarding the status and scope of the receivership to be heard in early December. The Receiver has discussed with both CAL and the Plaintiffs his desire to also request a status conference to consult with the Court regarding the appropriate next steps, continuation of the receivership, and under what structure.  The Receiver will likely support any requested setting by the Plaintiffs for a hearing in early December, and if need be, file a request of his own.

## REPORT

### I.      The Performance of the Receiver's Duties

####   a.  *Discovery*

4.      Consistent with the June 20 Order, the Receiver has continued to coordinate with iDS to complete indexing of the approximately five terabytes of data extracted in April 2025 and to execute targeted search terms developed in coordination with Plaintiffs for

categories of information related to the Payoff Proceeds and the transfers identified in the Receiver's prior reports. The Receiver has directed iDS to segregate potentially privileged attorney-client communications for review by CAL's counsel prior to any production. Given the volume of data and privilege screening requirements, responsive materials will be prepared for rolling production to give CAL's counsel a reasonable opportunity to review responsive documents and object on the basis of privilege or otherwise. As of the date of the filing of this Fourth Report, iDS reports that the first set of documents will be available for production in approximately two weeks.

### b. Inquires Regarding Transfers

5.      CAL has inquired about the Receiver's understanding of the effect of recent transfers, including a grant deed transfer, on the operation of the receivership, and has asked the Receiver to opine on whether those transfers have fully satisfied the judgment such that the receivership can be successfully brought to a conclusion. The Receiver has taken no position with respect to the effect of the grant deed transfer on the receivership.

## II.    Status Conference

6.      As noted above, the Receiver will likely join in the expected, upcoming request for a hearing before this Court (by Plaintiffs) or will request his own. At that time, the Receiver will seek guidance on whether the receivership should be wound up at this time or, alternatively, whether the Court wishes to direct additional steps and tasks for the Receiver. Among other topics, the Receiver intends to present (a) the status of tracing and discovery; (b) a preliminary task list outlining potential targeted discovery, and possible recovery against identified transferees; (c) whether any modification to the Receivership

304288869v2

4

Order is warranted to accomplish the foregoing actions (or other actions and tasks) in an

efficient manner; and (d) how the costs of any further actions can or should be funded.

Dated: October 30, 2025                    Respectfully submitted,


                                           */s/ T. Scott Avila*
                                           T. Scott Avila, Court-Appointed Receiver

304288869v2