**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Compeer Financial, ACA, et al.

Plaintiffs,

v.

Corporate America Lending, Inc.,

Defendant.

Case No. 24-cv-1896 (JWB/ECW)

**DECLARATION OF C. RUSSEL GEORGESON**

---

I, C. Russel Georgeson, hereby declare and state under penalty of perjury:

1. I am one of the attorneys for Defendant Corporate America Lending, Inc.

2. Attached hereto as Exhibit A is a true and correct copy of an October 18, 2024, declaration that I submitted in American Arbitration Association Arbitration No. 01-24-0005-4234 (the "Arbitration") regarding the Grant Deed for Prosperity Farms, LLC, a pistachio farm in Tulare County, California.

3. Attached hereto as Exhibit B is a true and correct copy of a second October 18, 2024, declaration that I submitted in the Arbitration regarding escrowed funds that I held in trust.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of November 2025.

/s/C. Russel Georgeson
C. Russel Georgeson

4905-3255-0265, v. 1