# Exhibit A

**IN ARBITRATION BEFORE THE**
**AMERICAN ARBITRATION ASSOCIATION**

| | |
|---|---|
| COMPEER FINANCIAL, ACA/FLCA/PCA, f/k/a/ AgStar Financial Services ACA/FLCA/PCA doing business as Agri-Access®,<br><br>Claimant,<br><br>vs.<br><br>CORPORATE AMERICA LENDING, INC.,<br><br>Respondent/Counterclaimant. | AAA Case No. 01-24-0005-4234<br><br>Arbitrators: Hon. Samuel Hanson (ret.)<br>Phillip Baker<br>Hon. Rick Solum (ret.) |

**DECLARATION OF C. RUSSELL GEORGESON RE ESCROW ACCOUNT GRANT DEED**

I, C. Russell Georgeson, hereby declare:

1. I am an attorney at law duly licensed to practice before all courts of the State of California and am the principal attorney at Georgeson Law Offices, one of the attorneys of record in this matter for Respondent/Counterclaimant, CORPORATE AMERICA LENDING, INC. ("Respondent/Counterclaimant"). I make this declaration of my own personal knowledge, except where otherwise qualified, and as to those things I believe them to be true. If called upon to testify regarding the contents of this declaration, I could and would testify competently thereto.

2. Attached here to as **Exhibit 1** is a copy of a Grant Deed executed by persons authorized on behalf of the owner of the property, Prosperity Farms, LLC. The original of the Grant Deed is in my possession.

3. The Trust and Grant Deed have as their sole purpose to comply with previous orders regarding creation of an escrow account by Respondent/Counterclaimant, CORPORATE AMERICA LENDING, INC.

4. As the Trustee, I am the sole person authorized to deliver the Grant deed to COMPEER FINANCIAL, ACA/FLCA/PCA. The Grant Deed will be held in Trust until written instruction as to disposition of the Grant Deed signed by the Arbitration Panel in AAA Case No. 01-24-0005-4234, directed to the undersigned is received subsequent to final disposition of all claims pending, American Arbitration Association, State and Federal, between CORPORATE AMERICA LENDING, INC. and COMPEER FINANCIAL, ACA/FLCA/PCA.

5. If for good cause my assumption of the duties of Trustee, my representations as an attorney at law, and the restrictions relating to the Grant Deed are not acceptable, attached hereto as **Exhibit 2** is an Escrow Agreement template provided by the International Centre for Dispute Resolution, the international division of the AAA (collectively, "AAA"). I have been informed by my co-counsel, David A. Schwarz, that this form was previously utilized, accepted and

approved by the AAA in an arbitration in which his firm, Sheppard Mullin, represented a party. Respondent/Counterclaimant, CORPORATE AMERICA LENDING, INC. is agreeable to adapting this template for use in this matter.

I have read the foregoing Declaration, consisting of 2 typewritten pages; and I hereby declare under penalty of perjury (as provided under the laws of the State of California and the United States of America) that the foregoing Declaration (including all of the facts and information contained therein) is true and correct, and that the foregoing Declaration was executed this 18th day of October 2024, in the County of Fresno, State of California.

C. Russell Georgeson

# Exhibit 1

**RECORDING REQUESTED BY:**

**MAIL TAX STATEMENT**
**AND WHEN RECORDED MAIL DOCUMENT TO:**

COMPEER FINANCIAL, ACA/FLCA/PCA f/k/a
AgStar Financial Services ACA/FLCA/PCA
doing business as Agri-Access
[ ]
[ ]

**space Above This Line for Recorder's Use Only**

A.P.N.: See Attached Legal Description

File No.: ()

# GRANT DEED

The Undersigned Grantor(s) Declare(s): DOCUMENTARY TRANSFER TAX $____________; CITY TRANSFER TAX $;
SURVEY MONUMENT FEE $

[ ] computed on the consideration or full value of property conveyed, OR
[ x ] computed on the consideration or full value less value of liens and/or encumbrances remaining at time of sale,
[ x ] unincorporated area Tulare County; and
[ ] Exempt from transfer tax; Reason:

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
**Prosperity Farms, LLC, a California limited liability company**

hereby GRANT(s) to **COMPEER FINANCIAL, ACA/FLCA/PCA as to an undivided interest in the whole**

in the following described property in the Unincorporated Area of , County of **Tulare**, State of **California**:
**SEE ATTACHED LEGAL DESCRIPTION**

Mail Tax Statements To: **SAME AS ABOVE**

---

Grant Deed - continued

Date: **10/17/2024**

A.P.N.: See Attached Legal Description

File No.: ()

Dated: October 17, 2024

**PROSPERITY FARMS, LLC, a California limited liability company**

Michael Graham

**Michael Graham, Manager**

**CA Farms, Manager by Ron Cook**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA )SS
COUNTY OF FRESNO )

On Oct 17, 2024, before me, Michael Maxwell, Notary Public, personally appeared Michael Graham and Ron Cook, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Signature

This area for official notarial seal

MICHAEL MAXWELL
Notary Public - California
Fresno County
Commission # 2475814
My Comm. Expires Dec 10, 2027

## LEGAL DESCRIPTIONS

### EXHIBIT "A"
Legal Description

**For APN/Parcel ID(s): 333-170-002-000**

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE UNINCORPORATED AREA IN COUNTY OF TULARE, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

THE WEST HALF OF THE SOUTHEAST QUARTER OF SECTION 15, TOWNSHIP 24 SOUTH, RANGE 24 EAST, M.D.B. & M., IN THE COUNTY OF TULARE, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF THE SURVEY OF SAID LAND ON FILE IN THE BUREAU OF LAND MANAGEMENT AT THE DATE OF ISSUANCE OF THE PATENT THEREOF.

EXCEPTING THEREFROM ONE-HALF OF ALL MINERALS, ORES, PRECIOUS AND USEFUL METALS, SUBSTANCES AND HYDROCARBONS OF EVERY KIND AND CHARACTER, INCLUDING OIL, GAS ASPHALTUM AND TAR, IN AND UNDER SAID LAND, BUT WITHOUT THE RIGHT TO USE THE SURFACE OF SAID LAND IN CONNECTION WITH THE DEVELOPMENT THEREOF, PROVIDED HOWEVER, THAT SAME SHALL NOT BE CONSTRUED TO PROHIBIT SLANT DRILLING OPERATIONS OR SUCH OTHER OPERATIONS WHICH IN NO WAY AFFECT THE SURFACE RIGHTS OF SAID LAND AND WHICH DO NOT ENTER SAID LAND AT A POINT LESS THAN 500 FEET TO SAID SURFACE, AS RESERVED IN DEED RECORDED ON NOVEMBER 17, 1959 AND RECORDED IN BOOK 2156, PAGE 622 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ONE-FOURTH OF ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES, IN,( UPON OR UNDER SAID PREMISES OR ANY PORTION THEREOF AND THE RIGHT TO PROSPECT FOR THE SAME AND TO DRILL FOR AND TO PRODUCE AND TAKE AWAY THE SAME AND LIKEWISE RESERVING UNTO THEM AND TO THEIR HEIRS, SUCCESSORS AND ASSIGNS THE RIGHT TO ENTER UPON SAID PREMISES FOR THE ABOVE MENTIONED PURPOSES FROM TIME TO TIME WITH DUE REGARD TO THE USE OF THE SAME BY THE GRANTEE, AS RESERVED BY FREDERICK C. FIPPINGER AND EDNA FIPPINGER, HUSBAND AND WIFE, IN DEED RECORDED OCTOBER 20, 1965, IN VOLUME 2616, PAGE 21, INSTRUMENT NO. 38199, IN TULARE COUNTY RECORDS.

ALSO EXCEPTING THEREFROM ONE-FOURTH OF ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES, IN, UPON OR UNDER SAID PREMISES OR ANY PORTION THEREOF AND THE RIGHT TO PROSPECT FOR THE SAME AND TO DRILL FOR AND TO PRODUCE AND TAKE AWAY THE SAME AND LIKEWISE RESERVING UPON THEM AND TO THEIR HEIRS, SUCCESSORS AND ASSIGNS THE RIGHT TO ENTER UPON SAID PREMISES FOR THE ABOVE MENTIONED PURPOSE FROM TIME TO TIME WITH DUE REGARD TO THE USE OF THE SAME BY THE GRANTEE, AS RESERVED BY RAYMOND HENSLEY AND BEVERLY HENSLEY, HUSBAND AND WIFE, IN DEED RECORDED AUGUST 21, 1980, IN VOLUME 3789, PAGE 356, INSTRUMENT NO. 38627, IN TULARE COUNTY RECORDS.

**EXHIBIT "A"**
Legal Description

**For APN/Parcel ID(s): 333-270-001, 333-010-004, 333-170-001, 333-170-003, 333-170-017 and 333-170-019**

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE UNINCORPORATED AREA IN COUNTY OF TULARE, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

**PARCEL 1:** APN 333-010-004 (PORTION)

ALL THAT PORTION OF THE SOUTH HALF OF SECTION 22, TOWNSHIP 24 SOUTH, RANGE 24 EAST, MOUNT DIABLO BASE AND MERIDIAN, ACCORDING TO THE OFFICIAL PLAT THEREOF, LYING EAST OF THE HIGHWAY WHICH WAS CONVEYED TO THE COUNTY OF TULARE IN DEED RECORDED JUNE 7, 1932, IN BOOK 474, PAGE 235 OF OFFICIAL RECORDS.

EXCEPTING THEREFROM ONE-HALF OF ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES UNDERLYING SAID REAL PROPERTY, TOGETHER WITH THE RIGHT JOINTLY WITH THE OWNERS OF THE REMAINING OIL, GAS AND HYDROCARBON SUBSTANCES, UPON PAYING TO THE OWNERS OF SAID REAL PROPERTY ONE-HALF OF ACTUAL DAMAGES TO SAID REAL PROPERTY RESULTING FROM SAID OPERATIONS, AS RESERVED BY BERNICE W. TAYLOR, ET AL, IN DEED DATED SEPTEMBER 25, 1952 RECORDED OCTOBER 17, 1952, IN BOOK 1626, PAGE 454 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ONE-HALF OF ALL MINERALS AND URANIUM AND ONE-FOURTH OF ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES, IN, UPON AND UNDER SAID PREMISES OR ANY PORTION THEREOF AND THE RIGHT TO PROSPECT FOR THE SAME AND TO DRILL FOR AND TO PRODUCE AND TAKE AWAY THE SAME AND LIKEWISE RESERVING THE RIGHT TO ENTER UPON SAID PREMISES FOR THE ABOVE MENTIONED PURPOSES FOR TIME TO TIME WITH DUE REGARD TO THE USE OF THE SAME BY THE GRANTEES, AS RESERVED IN THE DEED FROM EDWIN L. HARTWELL, JR. AND CHARLSIE R. HARTWELL, HUSBAND AND WIFE, TO J. LEROY CHASE AND MARGARET CHASE, WIFE AND HUSBAND, AS JOINT TENANTS, DATED JANUARY 3, 1958, AND RECORDED JANUARY 24, 1958 IN BOOK 2034, PAGE 115 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM 100 PERCENT MINERAL RIGHTS IN OTHER THAN OIL, GAS AND OTHER HYDROCARBON SUBSTANCES IN SAID LAND, AS CONVEYED TO DAN E. WEITZ AND GERTRUDE P. WEITZ, HUSBAND AND WIFE, AS JOINT TENANTS, IN DEED RECORDED JUNE 11, 1975 IN BOOK 3246, PAGE 882 OF OFFICIAL RECORDS.

**PARCEL 2:** APN 333-010-004 (PORTION)

ALL THAT PORTION OF THE NORTH HALF OF SECTION 22, TOWNSHIP 24 SOUTH, RANGE 24 EAST, MOUNT DIABLO BASE AND MERIDIAN, ACCORDING TO THE OFFICIAL PLAT THEREOF LYING EAST OF THE HIGHWAY WHICH WAS CONVEYED TO THE COUNTY OF TULARE IN DEED RECORDED JUNE 7, 1932 IN BOOK 474 PAGE 235 OF OFFICIAL RECORDS.

EXCEPTING THEREFROM ONE-HALF OF ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES UNDERLYING SAID REALLY PROPERTY, TOGETHER WITH THE RIGHT JOINTLY WITH OWNERS OF THE REMAINING OIL, GAS AND HYDROCARBON RIGHTS, TO DRILL FOR, PRODUCE, EXTRACT, TAKE AND REMOVE SAID OIL, GAS AND OTHER HYDROCARBON SUBSTANCES, UPON PAYING TO THE OWNERS OF SAID REAL PROPERTY ONE-HALF OF ACTUAL DAMAGES TO SAID REAL PROPERTY RESULTING FROM SAID OPERATIONS AS RESERVED BY ARTHUR C. HURT, JR. ET AL, IN DEED DATED FEBRUARY 28, 1955, RECORDED APRIL 7, 1955 IN BOOK 1825, PAGE 660, OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ONE-FOURTH OF ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES UNDERLYING SAID PROPERTY, TOGETHER WITH THE RIGHT, JOINTLY WITH THE OWNERS OF THE REMAINING OIL, GAS AND HYDROCARBON RIGHTS, TO DRILL FOR, PRODUCE,

Title No.: FWVI-TO18001429-LM

**EXHIBIT "A"**
**Legal Description**
(continued)

EXTRACT, TAKE AND REMOVE SAID OIL, GAS AND OTHER HYDROCARBON SUBSTANCES, UPON PAYING TO THE OWNERS OF SAID REAL PROPERTY ONE-FOURTH OF ACTUAL DAMAGES TO SAID REAL PROPERTY RESULTING FROM SAID OPERATIONS, AS RESERVED BY JAMES HENRY BURUM AND WINIFRED BURUM, IN DEED DATED JULY 17, 1958, AND RECORDED JULY 25, 1958 IN BOOK 2067, PAGE 501 OF OFFICIAL RECORDS.

**PARCEL 3:** APN 333-170-019

THE SOUTH HALF OF SECTION 14, TOWNSHIP 24 SOUTH, RANGE 24 EAST, MOUNT DIABLO BASE AND MERIDIAN, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ONE-HALF OF ALL OIL, GAS, MINERALS, AND OTHER HYDROCARBONS, INCLUDING URANIUM, AS EXCEPTED IN THE DEED FROM BANK OF AMERICA NATIONAL TRUST AND SAVINGS ASSOCIATION, A NATIONAL BANKING ASSOCIATION, TO EDNA B. RICHARDS, DATED JUNE 10, 1955 AND RECORDED JUNE 16, 1955 IN BOOK 1841 PAGE 531 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM, AN UNDIVIDED ONE-FOURTH OF ALL OIL, GAS, MINERALS, AND OTHER HYDROCARBONS, INCLUDING URANIUM, AS RESERVED IN THE DEED FROM EDNA B. RICHARDS, A MARRIED WOMAN, TO FRANK GALLO, ET AL, DATED JULY 9, 1958 AND RECORDED AUGUST 21, 1958 IN BOOK 2071 PAGE 552 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM, AND UNDIVIDED ONE-EIGHT INTEREST OF ALL OIL, GAS, MINERALS AND OTHER HYDROCARBONS, INCLUDING URANIUM AS RESERVED IN A DEED RECORDED MAY 31, 1960 IN BOOK 2198 PAGE 22 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM, SUCH INTEREST IN ALL OIL, GAS, MINERALS AND OTHER HYDROCARBONS INCLUDING URANIUM, AS CONVEYED BY BANK OF AMERICA, NATIONAL TRUST AND SAVINGS ASSOCIATION, AS TRUSTEE UNDER THE TRUST OF A. K. DETWILER, TRUSTOR, DATED JUNE 3, 1927 TO AMAMDA MARY WHIZIN, ET AL, IN DEED DATED MAY 6, 1986, AND RECORDED JUNE 9, 1986 IN BOOK 4433 PAGE 355 TULARE COUNTY RECORDS, FILE NO. 29860.

**PARCEL 4:** APN 333-170-003

THAT PORTION OF THE EAST HALF OF THE SOUTHWEST QUARTER OF SECTION 15, TOWNSHIP 24 SOUTH, RANGE 24 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF TULARE, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, LYING EASTERLY OF THE EASTERLY LINE OF THE AT&SF RAILROAD RIGHT OF WAY.

EXCEPTING THEREFROM THE NORTH 100 FEET THEREOF.

ALSO EXCEPTING THEREFROM A RIGHT OF WAY FOR A RAILROAD 100 FEET WIDE AS CONVEYED TO THE SAN FRANCISCO AND SAN JOAQUIN VALLEY RAILROAD COMPANY.

ALSO EXCEPTING AND RESERVING TO CHARLES B. STANFORD AND GLADYS A. STANFORD, HUSBAND AND WIFE, AS JOINT TENANTS, 50% OF THE MINERAL RIGHTS IN AN UNDIVIDED THREE-FOURTHS INTEREST IN SAID LAND; RESERVING TO JAMES H. MOSHIER AND ANNA GERTRUDE MOSHIER, HUSBAND AND WIFE, AS JOINT TENANTS, 50% OF THE MINERAL RIGHTS IN AN UNDIVIDED ONE-FOURTH INTEREST IN SAID LAND, TOGETHER WITH INCIDENTAL RIGHTS, AS EXCEPTED AND RESERVED IN THE DEED TO EDWIN E. PRICE AND DONNA H. PRICE, ET AL, DATED JULY 25, 1952, AND RECORDED OCTOBER 29, 1952, AS FILE NO. 29300, OFFICIAL RECORDS.

Title No.: FWVI-TO18001429-LM

## EXHIBIT "A"
Legal Description
(continued)

ALSO EXCEPTING AND RESERVING AN UNDIVIDED 33-1/3RD PER CENT OF ALL MINERAL RIGHTS, AS EXCEPTED AND RESERVED BY EDWIN E. PRICE AND DONNA H. PRICE, HUSBAND AND WIFE, AND IVAN W. BAYS AND LOIS B. BAYS, HUSBAND AND WIFE, IN DEED DATED SEPTEMBER 10, 1952, AND RECORDED OCTOBER 29, 1952, AS FILE NO. 29301, OFFICIAL RECORDS.

**PARCEL 5:** APN 333-170-001

THE SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 15, TOWNSHIP 24 SOUTH, RANGE 24 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF TULARE, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ONE-HALF OF ALL OIL, MINERALS, ORES, PRECIOUS AND USEFUL METALS, SUBSTANCES AND HYDROCARBON SUBSTANCES OF EVERY KIND AND CHARACTER INCLUDING PETROLEUM, OIL, GAS, ASPHALTUM AND TAR IN AND UNDER SAID LAND, AS RESERVED IN DEED FROM MILDRED STANFORD, ROBERT L. STANFORD AND SAMUEL P. STANFORD, RECORDED JUNE 6, 1961 IN BOOK 2269, PAGE 38 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ONE-HALF OF ALL OIL, GAS, MINERALS AND HYDROCARBON SUBSTANCES OF EVERY KIND AND CHARACTER WITHIN OR UNDERLYING SAID LAND, AS RESERVED IN DEED FROM JOHN R. MONTGOMERY AND ERMINE C. MONTGOMERY, RECORDED JUNE 6, 1973 IN BOOK 3112, PAGE 783 OF OFFICIAL RECORDS.

**PARCEL 6:** APN 333-170-017 (PORTION)

THE SOUTHEAST QUARTER OF THE NORTHEAST QUARTER OF SECTION 15, TOWNSHIP 24 SOUTH, RANGE 24 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF TULARE, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM AN UNDIVIDED ONE-HALF INTEREST IN AND TO ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES IN, ON OR UNDER SAID LAND, AS RESERVED IN DEED DATED FEBRUARY 4, 1958 AND RECORDED MARCH 12, 1958 IN BOOK 2044, PAGE 205 OF OFFICIAL RECORDS.

**PARCEL 7:** APN 333-170-017 (PORTION)

THE NORTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 15, TOWNSHIP 24 SOUTH, RANGE 24 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE COUNTY OF TULARE, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ONE-HALF OF ALL MINERALS, ORES, PRECIOUS AND USEFUL METALS, SUBSTANCES AND HYDROCARBONS OF EVERY KIND AND CHARACTER, INCLUDING PETROLEUM, OIL, GAS, ASPHALTUM AND TAR, IN AND UNDER SAID LAND, BUT WITHOUT THE RIGHT TO USE THE SURFACE OF SAID LAND IN CONNECTION WITH THE DEVELOPMENT THEREOF, PROVIDED, HOWEVER THE SAME SHALL NOT BE CONSTRUED TO PROHIBIT SLANT DRILLING OPERATIONS OR SUCH OTHER OPERATIONS WHICH IN NO WAY USE OR IN ANY WAY AFFECT THE SURFACE RIGHTS OF SAID LAND AND WHICH DO NOT ENTER SAID LAND AT A POINT LESS THAN 500 FEET TO SAID SURFACE, AS RESERVED BY LELA S. BALZARI, ETAL, IN DEED RECORDED NOVEMBER 17, 1959, BOOK 2156 PAGE 635, FILE NO. 34705, OFFICIAL RECORDS.

**PARCEL 8:** APN 333-270-001

SECTION 23 OF TOWNSHIP 24 SOUTH, RANGE 24 EAST, MOUNT DIABLO BASE AND MERIDIAN,

# EXHIBIT "A"
Legal Description
(continued)

ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ANY PORTION THEREOF INCLUDED IN PUBLIC ROAD HIGHWAYS.

ALSO EXCEPTING THEREFROM AN UNDIVIDED ONE-FOURTH INTEREST IN AND TO ALL MINERALS, ALL OIL, GAS AND KINDRED SUBSTANCES LYING IN, UPON AND UNDER THE PREMISES DESCRIBED ABOVE, AS RESERVED BY POMONA COLLEGE, A CORPORATION, IN DEED DATED NOVEMBER 9, 1942, RECORDED DECEMBER 28, 1942 IN BOOK 1009 PAGE 337 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM 37-1/2% OF ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND MINERALS IN AND UNDER SAID LAND AS RESERVED BY JOSEPH PANERO, A SINGLE MAN, AND FRANK D. PANERO, A SINGLE MAN, IN DEED NO. 21678 RECORDED JUNE19, 1964.

ALSO EXCEPTING THEREFROM AN UNDIVIDED 18.75% OF ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES IN OR UNDER SAID LAND AS RESERVED BY WAYNES DAIRY IN THAT CERTAIN DEED RECORDED SEPTEMBER 7, 1973 AS FILE NO. 36696.

ALSO EXCEPTING THEREFROM THE REMAINING OIL, GAS AND OTHER HYDROCARBONS AND MINERALS IN AND UNDER SAID LAND, AS RESERVED BY W. A. GRIFFIN, JR. AND JOAN L. GRIFFIN, HUSBAND AND WIFE AND DAVID L. FRAYSHER AND BERNICE FRAYSHER, HUSBAND AND WIFE, IN DEED RECORDED NOVEMBER 22, 1977 AS FILE NO. 65587.

# EXHIBIT "A"

Legal Description

For APN/Parcel ID(s): **333-150-003, 333-150-005, 333-150-008, 333-150-009, 333-150-010, 333-150-012, 333-150-013, 333-150-014, 333-150-016, 333-150-018, 333-150-019, 333-360-015, 333-360-016, 333-360-029, 333-360-032, 333-360-034, 333-370-036, 333-370-004, 333-370-005, 333-370-006, 333-370-007, 333-370-012, 333-370-013, 333-170-004, 333-170-007, and**

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE UNINCORPORATED AREA IN COUNTY OF TULARE, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

**PARCEL 1: APN: 333-150-003**

Lot 12 of Tract 12 of California Colony and Home Promoting Association, in the Unincorporated Area, County of Tulare, State of California, according to the map thereof recorded in Book 8 at Pages 42, 43 and 44 of Maps, in the office of the Tulare County Recorder.

EXCEPTING THEREFROM, an undivided one-half interest in and to all oil, gas, minerals and other hydrocarbon substances in, on or under said land as reserved in that certain Grant Deed recorded September 30, 2005,, Instrument No. 2005-0107970, of Official Records.

**PARCEL 2: APN: 333-150-005**

Lots 10, 13 and the South half of Lot 14, of Tract 12 of California Colony and Home Promoting Association, in the Unincorporated Area, County of Tulare, State of California, according to the map thereof recorded in Book 8 at Pages 42, 43 and 44 of Maps, in the office of the Tulare County Recorder.

EXCEPTING THEREFROM, one-half of all minerals, gas, oil, naphtha and other hydrocarbon substances in, on or under said lots, with certain incidental rights thereto, as excepted and reserved in the deed from Security First National Bank of Los Angeles, recorded July 13, 1944 in Book 1093, Page 412, of Official Records.

ALSO EXCEPTING THEREFROM, one-fourth of the oil, gas, and minerals and other hydrocarbon substances then or at any time thereafter situate in or under said lots, with the sole and exclusive right to prospecting and mining and drilling for, producing, extracting, treating, storing, removing and marketing all said products thereon and therefrom, as reserved in the deed from J.P. Gannon and Irene Gannon, his wife, A. H. Medlin and Leta Medlin, his wife, J. B. Bovett, a widower, and Lydia A. Ellis, recorded April 08, 1960, in Book 2188, Page 207 of Official Records.

**PARCEL 3: APN: 333-150-008**

The West half of Lot 7 and the East half of Lot 8 in Tract 12 of California Colony and Home Promoting Association, in the Unincorporated Area, County of Tulare, State of California, according to the map thereof recorded in Book 8 at Pages 42, 43 and 44 of Maps, in the office of the Tulare County Recorder.

EXCEPTING THEREFROM, one-half of all minerals, gas, oil, naphtha and other hydrocarbon substances in, on or under said lots, with certain incidental rights thereto, as excepted and reserved in the deed from Security First National Bank of Los Angeles, recorded July 13, 1944 in Book 1093, Page 412, of Official Records.

ALSO EXCEPTING THEREFROM, one-fourth of the oil, gas, and minerals and other hydrocarbon substances then or at any time thereafter situate in or under said lots, with the sole and exclusive right to prospecting and mining and drilling for, producing, extracting, treating, storing, removing and marketing all said products thereon and therefrom, as reserved in the deed from J.P. Gannon and Irene Gannon, his wife, A. H. Medlin and Leta Medlin, his wife, J. B. Bovett, a widower, and Lydia A. Ellis, recorded April 08, 1960, in Book 2188, Page 207 of Official Records.

## EXHIBIT "A"
Legal Description
(continued)

**PARCEL 4: APN: 333-150-009**

The East Half of Lot 7 in Tract 12 of California Colony and Home Promoting Association, in the Unincorporated Area, County of Tulare, State of California, according to the map thereof recorded in Book 8 at Pages 42, 43 and 44 of Maps, in the office of the Tulare County Recorder.

EXCEPTING THEREFROM, one-half of all minerals, gas, oil, naphtha and other hydrocarbon substances in, on or under said lots, with certain incidental rights thereto, as excepted and reserved in the deed from Security First National Bank of Los Angeles, recorded July 13, 1944 in Book 1093, Page 412, of Official Records.

ALSO EXCEPTING THEREFROM, one-fourth of the oil, gas, and minerals and other hydrocarbon substances then or at any time thereafter situate in or under said lots, with the sole and exclusive right to prospecting and mining and drilling for, producing, extracting, treating, storing, removing and marketing all said products thereon and therefrom, as reserved in the deed from J.P. Gannon and Irene Gannon, his wife, A. H. Medlin and Leta Medlin, his wife, J. B. Bovett, a widower, and Lydia A. Ellis, recorded April 08, 1960, in Book 2188, Page 207 of Official Records.

**PARCEL 5: APN: 333-150-010**

The East half of Lot 6 of Tract 12, of California Colony and Home Promoting Association, in the Unincorporated Area, County of Tulare, State of California, according to the map thereof recorded in Book 8 at Pages 42, 43 and 44 of Maps, in the office of the Tulare County Recorder.

**PARCEL 6: APN: 333-150-012**

Lot 24 of Tract 12 of California Colony and Home Promoting Association, in the Unincorporated Area, County of Tulare, State of California, according to the map thereof recorded in Book 8 at Pages 42, 43 and 44 of Maps, in the office of the Tulare County Recorder.

**PARCEL 7: APN: 333-150-013**

Lot 23 and the West half of Lot 6 of Tract 12 of California Colony and Home Promoting Association, in the Unincorporated Area, County of Tulare, State of California, according to the map thereof recorded in Book 8 at Pages 42, 43 and 44 of Maps, in the office of the Tulare County Recorder.

EXCEPTING THEREFROM, one-half of all minerals, gas, oil, naphtha and other hydrocarbon substances in, on or under said lots, with certain incidental rights thereto, as excepted and reserved in the deed from Security First National Bank of Los Angeles, recorded July 13, 1944 in Book 1093, Page 412, of Official Records.

ALSO EXCEPTING THEREFROM, one-fourth of the oil, gas, and minerals and other hydrocarbon substances then or at any time thereafter situate in or under said lots, with the sole and exclusive right to prospecting and mining and drilling for, producing, extracting, treating, storing, removing and marketing all said products thereon and therefrom, as reserved in the deed from J.P. Gannon and Irene Gannon, his wife, A. H. Medlin and Leta Medlin, his wife, J. B. Bovett, a widower, and Lydia A. Ellis, recorded April 08, 1960, in Book 2188, Page 207 of Official Records.

**PARCEL 8: APN: 333-150-014**

Lots 20, 21 and 22 of Tract 12 of California Colony and Home Promoting Association, in the Unincorporated Area, County of Tulare, State of California, according to the map thereof recorded in Book 8 at Pages 42, 43 and 44 of Maps, in the office of the Tulare County Recorder.

Title No.: FWVI-TO19001186-LM

## EXHIBIT "A"
Legal Description
(continued)

EXCEPTING THEREFROM, all oil, gas and mineral rights in and under said land together with the right of ingress and egress thereto for the exploration and development of same, as reserved by Florence M. Doe, in the Deed recorded December 28, 1978 In Book 3606 Page 529, as Document No. 77202, Official Records.

**PARCEL 9: APN: 333-150-016**

Lot 15 of Tract 12 of California Colony and Home Promoting Association, in the Unincorporated Area, County of Tulare, State of California, according to the map thereof recorded in Book 8 at Pages 42, 43 and 44 of Maps, in the office of the Tulare County Recorder.

**PARCEL 10: APN: 333-150-018**

Lot 17 in Tract 12 of California Colony and Home Promoting Association, in the Unincorporated Area, County of Tulare, State of California, according to the map thereof recorded in Book 8 at Pages 42, 43 and 44 of Maps, in the office of the Tulare County Recorder.

EXCEPTING THEREFROM, all oil, gas and mineral rights in and under said land together with the right of ingress and egress thereto for the exploration and development of same, as reserved by Florence M. Doe, in the Deed recorded December 28, 1978 In Book 3606 Page 529, as Document No. 77202, Official Records.

**PARCEL 11: APN: 333-150-019**

Lot 18 and the West Half of Lot 19 in Tract 12 of California Colony and Home Promoting Association, in the Unincorporated Area, County of Tulare, State of California, according to the map thereof recorded in Book 8 at Pages 42, 43 and 44 of Maps, in the office of the Tulare County Recorder.

EXCEPTING THEREFROM, one-half of all minerals, gas, oil, naphtha and other hydrocarbon substances in, on or under said lots, with certain incidental rights thereto, as excepted and reserved in the deed from Security First National Bank of Los Angeles, recorded July 13, 1944 in Book 1093, Page 412, of Official Records.

ALSO EXCEPTING THEREFROM, one-fourth of the oil, gas, and minerals and other hydrocarbon substances then or at any time thereafter situate in or under said lots, with the sole and exclusive right to prospecting and mining and drilling for, producing, extracting, treating, storing, removing and marketing all said products thereon and therefrom, as reserved in the deed from J.P. Gannon and Irene Gannon, his wife, A. H. Medlin and Leta Medlin, his wife, J. B. Bovett, a widower, and Lydia A. Ellis, recorded April 08, 1960, in Book 2188, Page 207 of Official Records.

**PARCEL 12: APN: 333-360-015**

Lot 9 in Tract 9 of California Colony and Home Promoting Association, in the Unincorporated Area, County of Tulare, State of California, according to the map thereof recorded in Book 8 at Pages 42, 43 and 44 of Maps, in the office of the Tulare County Recorder.

EXCEPTING THEREFROM, fifty percent of all oil, gas, and other hydrocarbon aceous substances in or under said Lot 9 as Reserved in the Deed from Eugene L. Allen, Jessie M. Allen, T.W. Switzer and Winifred V. Switzer, recorded March 07, 1960, in Book 2180 Page 287 of Official Records.

**PARCEL 13: APN: 333-360-016**

Lot 8 in Tract 9 of California Colony and Home Promoting Association, in the Unincorporated Area, County of

# EXHIBIT "A"
## Legal Description
(continued)

Tulare, State of California, according to the map thereof recorded in Book 8 at Pages 42, 43 and 44 of Maps, in the office of the Tulare County Recorder.

EXCEPTING THEREFROM, all oil, gas, other hydrocarbon substances and minerals of any kind or character in, on, or thereunder as reserved in deeds of records.

**PARCEL 14: APN: 333-360-029**

The West 2/3 of Lot 21 in Tract 9 of California Colony and Home Promoting Association, in the Unincorporated Area, County of Tulare, State of California, according to the map thereof recorded in Book 8 at Pages 42, 43 and 44 of Maps, in the office of the Tulare County Recorder.

EXCEPTING THEREFROM, one-half of all oil and gas rights under said land, as reserved by A. M. Hindsman, in the Deed recorded November 02, 1923, in Book 41 Page 314 of Official Records.

**PARCEL 15: APN: 333-360-032**

The West 1/3 of Lot 19 in Tract 9 of California Colony and Home Promoting Association, in the Unincorporated Area, County of Tulare, State of California, according to the map thereof recorded in Book 8 at Pages 42, 43 and 44 of Maps, in the office of the Tulare County Recorder.

**PARCEL 16: APN: 333-360-034**

Lot 15 of Tract No. 9, of California Colony and Home Promoting Association, in the Unincorporated Area, County of Tulare, State of California, according to the map thereof recorded in Book 8 at Pages 42, 43 and 44 of Maps, in the office of the Tulare County Recorder.

**PARCEL 17: APN: 333-360-036**

Lots 10, 12, 14, 17 and 18 of Tract 9, of California Colony and Home Promoting Association, in the Unincorporated Area, County of Tulare, State of California, according to the map thereof recorded in Book 8 at Pages 42, 43 and 44 of Maps, in the office of the Tulare County Recorder.

EXCEPTING THEREFROM, one-half of all minerals, gas, oil, naphtha and other hydrocarbon substances in, on or under said lots, with certain incidental rights thereto, as excepted and reserved in the deed from Security First National Bank of Los Angeles, recorded July 13, 1944 in Book 1093, Page 412, of Official Records.

ALSO EXCEPTING THEREFROM, one-fourth of the oil, gas, and minerals and other hydrocarbon substances then or at any time thereafter situate in or under said lots, with the sole and exclusive right to prospecting and mining and drilling for, producing, extracting, treating, storing, removing and marketing all said products thereon and therefrom, as reserved in the deed from J.P. Gannon and Irene Gannon, his wife, A. H. Medlin and Leta Medlin, his wife, J. B. Bovett, a widower, and Lydia A. Ellis, recorded April 08, 1960, in Book 2188, Page 207 of Official Records.

**PARCEL 18: APN: 333-370-004**

Lots 6, 7, 8, 9, 11 and 12 In Tract 15 of California Colony and Home Promoting Association, in the Unincorporated Area, County of Tulare, State of California, according to the map thereof recorded in Book 8 at Pages 42, 43 and 44 of Maps, in the office of the Tulare County Recorder.

EXCEPTING THEREFROM, from said Lots 6, 8, 9, 11, 12 and the East ½ of said Lot 7, all oil, gas and minerals

## EXHIBIT "A"
Legal Description
(continued)

and other hydrocarbon substances in or under said lots with the sole and exclusive right of prospecting said land and mining sand drilling for producing, extracting, treating, storing, removing and marketing all of said products, as heretofore reserved of record.

ALSO EXCEPTING THEREFROM, from the West half of said Lot 7, fifty percent of all oil, gas and other hydrocarbons substances as reserved in a Deed recorded March 07, 1960, in Book 2180, Page 287 of Official Records.

**PARCEL 19: APN: 333-370-005**

Lot 10 in Tract 15 of California Colony and Home Promoting Association, in the Unincorporated Area, County of Tulare, State of California, according to the map thereof recorded in Book 8 at Pages 42, 43 and 44 of Maps, in the office of the Tulare County Recorder.

**PARCEL 20: APN: 333-370-006**

Lot 13 in Tract 15 of California Colony and Home Promoting Association, in the Unincorporated Area, County of Tulare, State of California, according to the map thereof recorded in Book 8 at Pages 42, 43 and 44 of Maps, in the office of the Tulare County Recorder.

**PARCEL 21: APN: 333-370-007**

Lot 14 in Tract 15 of California Colony and Home Promoting Association, in the Unincorporated Area, County of Tulare, State of California, according to the map thereof recorded in Book 8 at Pages 42, 43 and 44 of Maps, in the office of the Tulare County Recorder.

EXCEPTING THEREFROM, all oil, gas and minerals and other hydrocarbon substances in or under said lots with the sole and exclusive right of prospecting said land and mining sand drilling for producing, extracting, treating, storing, removing and marketing all of said products, as heretofore reserved of record.

**PARCEL 22: APN: 333-370-012**

Lot 3 in Tract 15 of California Colony and Home Promoting Association, in the unincorporated area, County of Tulare, State of California, according to the map thereof recorded in Book 8 at Pages 42, 43 and 44 of Maps, in the office of the Tulare County Recorder.

**PARCEL 23: APN: 333-370-013**

Lots 4 and 5 in Tract 15 of California Colony and Home Promoting Association, in the Unincorporated Area, County of Tulare, State of California, according to the map thereof recorded in Book 8 at Pages 42, 43 and 44 of Maps, in the office of the Tulare County Recorder.

**PARCEL 24: APN: 333-170-004 and 333-170-007**

The North 100 feet of the Southwest quarter of Section15, Township 24 South, Range 24 East, Mount Diablo Base and Meridian, in the Unincorporated Area, County of Tulare, State of California according to the Official Plat thereof.

EXCEPTING THEREFROM, unto Charles B. Stanford and Gladys A. Stanford, husband and wife, as joint tenants, 50% of the mineral rights in an undivided 3/4ths interest in said land and reserving to James H. Moshier and Anna Gertrude Moshier, husband and wife, as joint tenants, 50% of the mineral rights in an undivided 1/4th interest in

## EXHIBIT "A"
### Legal Description
(continued)

said land, TOGETHER WITH, the right of egress and ingress in and to said land for the purpose of development of oil and other minerals, as reserved in the Deed recorded in Book 1628, Page 559 of Official Records, as Document No. 29300.

ALSO EXCEPTING THEREFROM, an undivided 33-1/3 interest of all mineral rights in said land, as reserved by Edwin E. Price and Donna H. Price, husband and wife, and Ivan W. Bays and Lois B. Bays, husband and wife, in the Deed recorded October 29, 1952 in Book 1628, Page 561 of Official Records, as Document No. 29301.

ALSO EXCEPTING THEREFROM, an undivided 50% interest of all remaining interest in and to all oil, gas, minerals and other hydrocarbon substances in, or under said land, as reserved by Doris M. Phillips, Sole Trustee of The Jack and Doris Phillips Revocable Trust, in the Deed recorded January 15, 2015, as Document No. 2015-0002067.

# Exhibit 2

# ESCROW AGREEMENT

We, the undersigned parties to a pending arbitration pursuant to the Rules of the American Arbitration Association (AAA), hereby acknowledge that there has been deposited with the AAA, by _________________________, the sum of $_________, hereinafter referred to as the escrow deposit, which shall be held in escrow under the following instructions:

**INSTRUCTIONS** The escrow deposit shall be distributed in accordance with the award of the arbitrator in the AAA Case No. 01-19-0001-1944 subject, however, to the following terms, exceptions, provisions and conditions which are acceptable to and approved by all of the parties signing these instructions:

1. Where the escrow deposit is placed with the AAA, the AAA shall be liable as a depository only, and shall not be responsible for the sufficiency or accuracy of the form, execution or validity of documents deposited hereunder, or any description of property or other thing therein, nor shall it be liable in any respect on account of the identity, authority, or rights of the persons executing or delivering or purporting to execute or deliver any such document or paper.
2. The AAA as part of the consideration for the acceptance of this escrow, shall not be liable for any acts or omissions done in good faith, nor for any claims, demands or losses, nor for any damages made or suffered by any party to this escrow, excepting such as may arise through or be caused by its willful or gross negligence.
3. The AAA shall not be liable for interest on any deposit or money unless the parties to this agreement and the AAA signify otherwise in writing or unless otherwise required by the law.
4. The AAA shall not be liable for collection items until the proceeds of the same in actual cash have been received; nor shall it be liable for the default in payment of any installment of principal or interest, nor the outlawing of any rights under the Statute of Limitations in respect to any documents deposited. It may rely upon any paper, document or other writing believed by it to be authentic in making any delivery of money or property hereunder. The AAA shall in no way be responsible nor shall it be its duty to notify any party hereto or party interested in this escrow deposit of any payment or maturity under the terms of any instrument deposited herewith.
5. A fee of $______ has been agreed upon as compensation to the AAA for its services hereunder but it is agreed that a reasonable additional compensation shall be paid to it for any unusual or extraordinary services it may be required to render hereunder. It may employ attorneys for the reasonable protection of the escrow property and of itself and shall have the right to reimburse itself out of any funds in its possession for costs, expenses, attorney fees and its compensation and shall have a lien on all money, documents or property held in escrow to cover same.
6. In accepting any funds, securities or documents delivered hereunder it is agreed and understood between the parties hereto that the AAA will not be called upon to construe any contract or instrument deposited herewith, and shall be required to act in respect to the deposit herein made only upon the joint consent in writing, of the parties hereto, and in the failure of such agreement or consent, it reserves the right to hold any money in its possession, and all papers in connection with or concerning this escrow, until a mutual agreement has been reached between all of said parties or until delivery is legally authorized and ordered by final award of an arbitrator or final judgment or decree of a court of competent jurisdiction.
7. It is further agreed that the AAA at the termination of three years from date, shall have the right to consider this escrow contract of no further force and effect, and shall have the right to deliver the documents, moneys or instruments hereby deposited to the respective parties depositing such documents, moneys or instruments, and that redelivery of such documents, moneys or instruments shall relieve the said AAA from any further liability with reference thereto. This provision, however, may at any time be waived by the AAA and extension of the term of this escrow deposit may be entered into at any time by the mutual consent of the parties hereto, reduced to writing and delivered to and accepted by the AAA.
8. It is further understood and agreed between the parties that these instructions supersede any other contract with reference to this escrow deposit, insofar as said AAA is concerned and that the said AAA may rely absolutely hereon to the exclusion of any and all other agreements between the parties hereto.

The AAA shall have the discretion to deposit money placed in escrow with it in any bank of its choice in the United States, in a trust account paying no interest or savings account paying interest (except where forbidden by law).

Parties to Escrow Contract:

___________________________________

___________________________________

Accepted by:

Vice President: ___________________________________

Date: __________________, 20 ____

Fee agreed upon $_________________

Received by ____________, 20 ____

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) SS.
COUNTY OF FRESNO )

I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action. My business address is: 7491 N. Remington Avenue, Suite 100, Fresno, California 93711.

On **October 18, 2024**, I served the foregoing document described as **DECLARATION OF C. RUSSELL GEORGESON RE ESCROW ACCOUNT GRANT DEED** on the party/parties named below in said action by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope address as follows:

**VIA EMAIL ONLY**
**Hon. Samuel L. Hanson, Panel Member**
**shanson5510@outlook.com**

**Phillip A. Baker, Panel Member**
**pbaker@bknlawyers.com**

**Hon. Richard B. Solum, Panel Member**
**Solum.Rick@dorseyalumni.com**

**Rebecca Nako, Director of ADR Services**
**American Arbitration Association**
**rebeccanako@adr.or**

**VIA EMAIL ONLY**
**Joseph J. Boylan, Esq.**
**Christopher Lovrien, Esq.**
**TJ Auner, Esq.**
**JONES DAY**
**555 S. Flower Street**
**Los Angeles, California 90071**
**jboylan@jonesday.com**
**cjlovrien@jonesday.com**
**tauner@jonesday.com**

**VIA EMAIL ONLY**
**David A. Schwarz, Esq.**
**Barbara Taylor, Esq.**
**Sheppard, Mullin, LLP**
**1901 Avenue of the Stars, Suite 1600**
**Los Angeles, California 90067-6055**
**dschwarz@sheppardmullin.com**
**btaylor@sheppardmullin.com**

**VIA EMAIL ONLY**
**Barry W. Lee, Esq.**
**Misa Eiritz, Esq.**
**Noro Mejlumyan, Esq.**
**MANATT, PHELPS & PHILLIPS, LLP**
**One Embarcadero Center, 30th Floor**
**San Francisco, California 94111**
**bwlee@manatt.com**
**meiritz@manatt.com**
**nmejlumyan@manatt.com**

**VIA EMAIL ONLY**
**Joseph T. Dixon, Esq.**
**Natasha Robinson, Esq.**
**Fredrikson & Byron, P.A.**
**60 South Sixth Street, Suite 1500**
**Minneapolis, MN 55402**
**jdixon@fredlaw.com**
**nrobinson@fredlaw.com**

**PROOF OF SERVICE**

☐ **BY OVERNIGHT DELIVERY:** I deposited the document in a box or other facility regularly maintained by UPS and in an envelope or package designated by the UPS with delivery fees paid or provided for.

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Fresno, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **VIA ELECTRONIC MAIL:** I caused a true and correct scanned image (.PDF file) to be transmitted via electronic mail to the above address(es) indicated above.

☐ **BY PERSONAL SERVICE:** I delivered such envelope by hand to the offices of the addressee.

**Executed on October 18, 2024 at Fresno, California.**

☒ **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**Shannon Mosier**