**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Compeer Financial, ACA; et al.,
Plaintiffs,

v.

Corporate America Lending, Inc.,
Defendant.

Civ. No. 24-1896 (JWB/ECW)

**DECLARATION OF T. SCOTT AVILA**

---

I, T. Scott Avila, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury as follows:

1. I am over the age of eighteen years, am under no disability and am competent to testify to the matters set forth herein. Except as otherwise stated, all facts set forth in this declaration are based upon my personal knowledge and/or my review of documents. If called as a witness in this case, I could and would testify competently to the facts set forth in this declaration.

2. On March 27, 2025, the Court entered the Order Appointing Receiver (ECF No. 118) (the "Receivership Order"), appointing me as receiver (the "Receiver") over the assets of Corporate America Lending, Inc. ("CAL"). The Receivership Order authorized me to, among other things, investigate, identify, locate and where possible, recover the Payoff Proceeds. As noted in the Receiver's Third Written Report, by the time of the filing of the Receiver's Second Written Report, I had substantially completed the investigation and had identified the known transferees of those funds.

3. Based on my investigation to date, there are no additional assets of CAL

reasonably available for recovery of the Payoff Proceeds and litigation remedies appear to be the only available option for recovery at this juncture. It is my assessment that it is unlikely that the receivership will recover any additional amounts of Payoff Proceeds through voluntary turnover or non-litigation means.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 12, 2025
In Incline Village, Nevada

Signed by:
Scott Avila
DCC18CA4ECAC42F...

T. Scott Avila



304398808v1