# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Civil File No.: 24-CV-1896 (JWB/ECW)

Compeer Financial, ACA;
Compeer Financial, PCA; and
Compeer Financial, FLCA,

      Plaintiffs,

vs.

**NOTICE OF WITHDRAWAL OF COUNSEL**

Corporate America Lending,

      Defendant.

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorneys hereby notifies the Court and counsel that Kevin P. Hickey and Aram V. Desteian of the law firm Bassford Remele, P.A. ("Bassford"), are hereby withdrawing as counsel of record on behalf of counsel of record for Defendant Corporate America Lending, Inc.: Manatt, Phelps & Phillips, LLP and Georgeson Law Offices. Bassford's representation was for the limited purpose of responding to the Court's Order to Show Cause dated March 27, 2025 in the above-captioned matter, and that representation has been completed.

**BASSFORD REMELE**
*A Professional Association*

Date: January 12, 2026        By /s/ Kevin P. Hickey
                                                  Kevin P. Hickey (#202484)
                                                  Aram V. Desteian (#396021)
                                                  100 South 5th Street, Suite 1500
                                                  Minneapolis, MN 55402-1254
                                                  Telephone:   (612) 333-3000
                                                  Facsimile:   (612) 333-8829
                                                  khickey@bassford.com
                                                  adesteian@bassford.com

                                                  Attorneys for Manatt, Phelps & Phillips, LLP and Georgeson Law Offices

4930-8288-2951, v. 1