**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Compeer Financial, ACA; Compeer Financial, PCA; and Compeer Financial, FLCA,<br><br>Plaintiffs,<br><br>v.<br><br>Corporate America Lending, Inc.,<br><br>Defendant. | Case No. 24-cv-01896 (JWB/ECW)<br><br>**ORDER** |

---

This matter is before the Court on the Receiver T. Scott Avila's ("the Receiver") Seventh and Eighth Motions for Payment of Fees and Expenses (Dkts. 267, 302). For the reasons stated below, the Seventh and Eighth Motions are granted and the amounts sought approved.

The background of the procedures governing the Receiver's payments to his retained employees are set forth in the Order granting the Receiver's First Motion for Payment of Fees and Expenses (Dkt. 213 at 1-5). The payments requested by the Receiver and ordered by the Court for work performed from March 27, 2025 to the end of September 2025 can be found in prior Orders of the Court. (*See* Dkts. 213, 226, 230, 233, 260, 283.)

On November 20, 2025, the Receiver filed the Seventh Motion for Payment of Fees and Expenses seeking authorization to pay the expenses and fees for work completed by Katten and Paladin in October 2025 (Dkt. 267; *see also* Dkt. 269 at 4-5).

The Receiver seeks $11,212.85 ($10,730.00 in fees and $482.85 in administrative fees) for payment to Paladin, and $36,313.57 ($36,277.00 in fees and $36.57 in expenses) for payment to Katten. (Dkt. 269 at 4-5.)

On December 8, 2025, the Receiver filed a Certificate of No Objection Regarding Receiver's Seventh Motion for Payment of Fees and Expenses, affirming that the Receiver had not received any objection to the Seventh Motion from either Plaintiffs or Defendant and that neither Party filed such objection with the Court. (Dkt. 285.)

On December 19, 2025, the Receiver filed the Eighth Motion for Payment of Fees and Expenses seeking authorization to pay the expenses and fees for work completed by Katten and Paladin in November 2025[1] (Dkt. 302; *see also* Dkt. 304 at 5-6; Dkt. 306 ¶ 6). The Receiver seeks $174,031.02 ($4,010.50 in fees, $169,840.07 in expenses and $180.45 in administrative fees) for payment to Paladin, and $21,653.00 ($21,653.00 in fees and $0.00 in expenses) for payment to Katten. (Dkt. 304 at 5-6.) The bulk of the $169,840.07 in expenses attributed to Paladin relate to e-discovery tasks performed by iDiscovery Solutions from April to November 2025, where iDiscovery Solutions had not yet received any payments on its invoices. (Dkt. 304 at 3-4; *see also* Dkt. 306-2 (iDiscovery Solutions invoices).)

On January 13, 2025, the Receiver filed a Certificate of No Objection Regarding Receiver's Eighth Motion for Payment of Fees and Expenses, affirming that the Receiver

---

[1] The Memorandum in Support of Receiver's Eighth Motion for Payment of Fees and Exhibits states the fees and expenses were incurred in October 2025 (Dkt. 304 at 5), but from the Receiver's Declaration and supporting exhibits, it is clear that the period at issue is November 2025. (Dkt. 306 ¶ 6; Dkt. 306-1; Dkt. 306-3.)

had not received any objection to the Eighth Motion from either Plaintiffs or Defendant and that neither Party filed such objection with the Court. (Dkt. 316.)

The Court has reviewed the Monthly Statements supporting the Receiver's Seventh and Eighth Motions and finds the requested fees and expenses to be reasonable given the work performed and the complexity of the issues. The Court notes that the requested hourly rates are largely the same as those approved in its December 4, 2025 Order. The Court also finds the e-discovery services provided by iDiscovery Solutions to be reasonable in scope and cost given the issues raised in this action. (*See* Dkt. 304 at 3-4.)

Consequently, the Court grants the Receiver's Seventh Motion for Payment of Fees and Expenses and authorizes the Receiver to pay $11,212.85 to Paladin ($10,730.00 in fees and $482.85 in administrative fees), and $36,313.57 to Katten ($36,277.00 in fees and $36.57 in expenses).

The Court also grants the Receiver's Eighth Motion for Payment of Fees and Expenses and authorizes the Receiver to pay $174,031.02 to Paladin ($4,010.50 in fees, $169,840.07 in expenses, and $180.45 in administrative fees), and $21,653.00 to Katten ($21,653.00 in fees and $0.00 in expenses). All payments are to be paid from the Receivership Property.

**ORDER**

Based on the motion and the documents filed under seal, as well as all the files, records, and proceedings herein, **IT IS ORDERED** that:

1. The Receiver's Seventh Motion for Payment of Fees and Expenses (Dkt. 267) is **GRANTED**;

2. Paladin is **ALLOWED** $10,730.00 in compensation for services rendered and $482.85 in administrative fees incurred during October 2025, for a total of $11,212.85, on a final basis;

3. Katten is **ALLOWED** $36,277.00 in compensation for services rendered and $36.57 in expenses incurred during October 2025, for a total of $36,313.57, on a final basis;

4. The Receiver is **AUTHORIZED** to pay Paladin $11,212.85, to be paid from the Receivership Property;

5. The Receiver is **AUTHORIZED** to pay Katten $36,313.57, to be paid from the Receivership Property.

6. The Receiver's Eighth Motion for Payment of Fees and Expenses (Dkt. 302) is **GRANTED**;

7. Paladin is **ALLOWED** $4,010.50 in compensation for services rendered, $169,840.07 in expenses, and $180.45 in administrative fees incurred during November 2025, for a total of $174,031.02, on a final basis;

8. Katten is **ALLOWED** $21,653.00 in compensation for services rendered and $00.00 in expenses incurred during November 2025, for a total of $21,653.00, on a final basis;

9. The Receiver is **AUTHORIZED** to pay Paladin $174,031.02, to be paid from the Receivership Property; and

10. The Receiver is **AUTHORIZED** to pay Katten $21,653.00, to be paid from the Receivership Property.

DATED: February 19, 2026

*s/Elizabeth Cowan Wright*
ELIZABETH COWAN WRIGHT
United States Magistrate Judge