**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Compeer Financial, ACA; Compeer Financial, PCA; and Compeer Financial FLCA,<br><br>Plaintiffs,<br><br>v.<br><br>Corporate America Lending, Inc.,<br><br>Defendant. | Civ. No. 24-1896 (JWB/ECW)<br><br>**RECEIVER'S SIXTH WRITTEN REPORT** |

T. Scott Avila, the Receiver appointed pursuant to the *Order Appointing Receiver*, dated March 27, 2025 (Docket No. 118) (the "Receivership Order"), hereby files this *Receiver's Sixth Written Report* (the "Sixth Report") in accordance with Paragraph 11 of the Receivership Order and the Court's *Order on the Receiver's Motion Regarding Continued Sealing of Receiver's First Written Report and for Instructions on Sharing of Documents with Plaintiffs* entered on June 20, 2025 (Docket No. 206) (the "June 20 Order").

## PRELIMINARY STATEMENT

1. The Receiver filed the Receiver's First Written Report (the "First Report") on April 28, 2025, the Receiver's Second Written Report (the "Second Report")[1] on June 27, 2025, the Receiver's Third Written Report (the "Third Report") on August 26, 2025,

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the First Report, Second Report, Third Report, Fourth Report, and Fifth Report, as applicable.

the Receiver's Fourth Written Report (the "Fourth Report"), and the Receiver's Fifth Report (the "Fifth Report," and collectively with the First Report, Secord Report, Third Report, Fourth Report, and Fifth Report, the "Written Reports") on December 30, 2025.

2. As set forth in the Written Reports, by the time of the Third Report the Receiver had substantially completed the tracing of the Payoff Proceeds and identified the principal categories of transferees of those funds. Since then, the Receiver's efforts have focused on implementing the discovery protocol authorized by the June 20 Order and coordinating document production among Agri-Access, CAL, and iDS.

3. As of the Third Report, the principal question was whether, and if so how, recovery should be pursued following the substantial completion of the Receiver's investigation. Agri-Access presented that question through its *Motion to Amend Receiver Order* (Docket No. 273), filed on November 20, 2025, seeking to (i) ensure that the Merit Panel's Phase II award and the Grant Deed Order can be enforced, and (ii) authorize the Receiver to pursue targeted litigation to recover Payoff Proceeds from certain transferees, as described in *Plaintiffs' Supplemental Memorandum of Law in Support of Motion to Amend Receiver Order* (Docket No. 295), filed on December 12, 2025.

4. On December 12, 2025, the Court issued the *Order on Motion to Confirm Arbitration Awards* (Docket No. 294), granting the April 23, 2025 Order on Grant Deed, June 16, 2025 Interim Phase II Award, and August 12, 2025 Final Phase II Award.

5. As of the date hereof, the Court has not ruled on Agri-Access's Motion to Amend Receiver Order.

# REPORT

## I. The Performance of the Receiver's Duties

6. As described in the Fourth Report and Fifth Report, the Receiver has been working extensively with iDS, Agri-Access and CAL to coordinate the production of documents requested by Agri-Access pursuant to an agreed-to discovery protocol. As of the date hereof, all documents deemed "presumptively not privileged" (by agreement of the parties) have been reviewed by CAL and those not tagged as privileged have been produced to Agri-Access. There are a substantial number of documents deemed "presumptively privileged" that remain to be reviewed by CAL for privilege. The parties (CAL, Agri-Access and the Receiver) have agreed to hold review and production pending further agreement of the parties. All privilege issues will be addressed in accordance with the Court's June 20 Order.

## II. Next Steps

7. Subject to the Court's ruling on the Motion to Amend Receiver Order, the Receiver is prepared to commence targeted litigation and related recovery efforts consistent with the authority sought in the Motion to Amend Receiver Order.

Dated: February 24, 2026

Respectfully submitted,

*/s/ T. Scott Avila*
T. Scott Avila, Court-Appointed Receiver



304979113v1