**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Compeer Financial, ACA; Compeer Financial, PCA; and Compeer Financial, FLCA,

Plaintiffs,

v.

Corporate America Lending, Inc.,

Defendant.

Case No. 24-cv-01896 (JWB/ECW)

**ORDER**

---

This matter is before the Court on the Receiver T. Scott Avila's ("the Receiver") Ninth and Tenth Motions for Payment of Fees and Expenses (Dkts. 318, 326). For the reasons stated below, the Ninth and Tenth Motions are granted and the amounts sought approved.

The background of the procedures governing the Receiver's payments to his retained employees are set forth in the Order granting the Receiver's First Motion for Payment of Fees and Expenses (Dkt. 213 at 1-5). The payments requested by the Receiver and ordered by the Court for work performed from March 27, 2025 to the end of November 2025 can be found in prior Orders of the Court. (*See* Dkts. 213, 226, 230, 233, 260, 283, 325.)

On February 13, 2026, the Receiver filed the Ninth Motion for Payment of Fees and Expenses seeking authorization to pay the expenses and fees for work completed by Katten and Paladin in December 2025. (Dkt. 318; *see also* Dkt. 319 at 5-6.) The

Receiver seeks $38,938.50 ($12,672.50 in fees, $25,695.74 in expenses, and $570.26 in administrative fees) for payment to Paladin, and $77,785.87 ($77,710.95 in fees and $74.92 in expenses) for payment to Katten. (Dkt. 320 at 5-6.) Paladin's expenses include $23,085.69 in fees and expenses for iDiscovery Solutions ("iDS"). (*Id.* at 3-5 & n.1.)

On February 20, 2026, the Receiver filed the Tenth Motion for Payment of Fees and Expenses seeking authorization to pay the expenses and fees for work completed by Katten and Paladin in January 2026. (Dkt. 326; *see also* Dkt. 328 at 5-6.) The Receiver seeks $10,760.42 ($4,269.50 in fees, $6,298.79 in expenses, and $192.13 in administrative fees) for payment to Paladin, and $6,653.13 ($6,628.95 in fees and $24.18 in expenses) for payment to Katten. (Dkt. 328 at 5-6.) Paladin's expenses in this period were entirely comprised of fees and expenses for iDS. (*Id.* at 3-5 & n.1.)

On March 2, 2026, the Receiver filed a Certificate of No Objection Regarding Receiver's Ninth Motion for Payment of Fees and Expenses, affirming that the Receiver had not received any objection to the Ninth Motion from either Plaintiffs or Defendant and that neither Party filed such objection with the Court. (Dkt. 334.)

On March 9, 2026, the Receiver filed a Certificate of No Objection Regarding Receiver's Tenth Motion for Payment of Fees and Expenses, affirming that the Receiver had not received any objection to the Tenth Motion from either Plaintiffs or Defendant and that neither Party filed such objection with the Court. (Dkt. 336.)

The Court has reviewed the Monthly Statements supporting the Receiver's Ninth and Tenth Motions and finds the requested fees and expenses to be reasonable given the

work performed and the complexity of the issues. The Court notes that the requested hourly rates are largely the same as those approved in its February 19, 2026 Order. The Court also finds the e-discovery services provided by iDS to be reasonable in scope and cost given the issues raised in this action. (*See* Dkts. 319 & 328 at 3-4.)

Consequently, the Court grants the Receiver's Ninth Motion for Payment of Fees and Expenses and authorizes the Receiver to pay $38,938.50 to Paladin ($12,672.50 in fees, $25,695.74 in expenses, and $570.26 in administrative fees) and $77,785.87 to Katten ($77,710.95 in fees and $74.92 in expenses).

The Court also grants the Receiver's Tenth Motion for Payment of Fees and Expenses and authorizes the Receiver to pay $10,760.42 to Paladin ($4,269.50 in fees, $6,298.79 in expenses and $192.13 in administrative fees), and $6,653.13 to Katten ($6,628.95 in fees and $24.18 in expenses). All payments are to be paid from the Receivership Property.

**ORDER**

Based on the motion and the documents filed under seal, as well as all the files, records, and proceedings herein, **IT IS ORDERED** that:

1. The Receiver's Ninth Motion for Payment of Fees and Expenses (Dkt. 318) is **GRANTED**;

2. Paladin is **ALLOWED** $12,672.50 in compensation for services rendered, $25,695.74 in expenses, and $570.26 in administrative fees incurred during December 2025, for a total of $38,938.50, on a final basis;

3. Katten is **ALLOWED** $77,710.95 in compensation for services rendered, $74.92 in expenses incurred during December 2025, for a total of $77,785.87, on a final basis;

4. The Receiver is **AUTHORIZED** to pay Paladin $38,938.50, to be paid from the Receivership Property;

5. The Receiver is **AUTHORIZED** to pay Katten $77,785.87, to be paid from the Receivership Property.

6. The Receiver's Tenth Motion for Payment of Fees and Expenses (Dkt. 326) is **GRANTED**;

7. Paladin is **ALLOWED** $4,268.50 in compensation for services rendered, $6,298.79 in expenses, and $192.13 in administrative fees incurred during January 2026, for a total of $10,760.42, on a final basis;

8. Katten is **ALLOWED** $6,628.95 in compensation for services rendered and $24.18 in expenses incurred during January 2026, for a total of $6,653.13, on a final basis;

9. The Receiver is **AUTHORIZED** to pay Paladin $10,760.42, to be paid from the Receivership Property; and

10. The Receiver is **AUTHORIZED** to pay Katten $6,653.13, to be paid from the Receivership Property.

DATED: April 7, 2026

*s/Elizabeth Cowan Wright*
ELIZABETH COWAN WRIGHT
United States Magistrate Judge