# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-1058

Compeer Financial, ACA, et al.

Appellees

v.

Corporate America Lending, Inc.

Appellant

No. 26-1878

Compeer Financial, ACA, et al.

Appellees

v.

Corporate America Lending, Inc.

Appellant

---

Appeal from U.S. District Court for the District of Minnesota
(0:24-cv-01896-JWB)

---

**ORDER**

The joint motion to consolidate appeal numbers 26-1058 and 26-1878 is granted. No further briefing will be required in Case No. 26-1878.

June 02, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler