**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Compeer Financial, ACA; Compeer Financial, PCA; and Compeer Financial, FLCA,

Plaintiffs,

v.

Corporate America Lending, Inc.,

Defendant.

Case No. 24-cv-01896 (JWB/ECW)

**ORDER**

---

This matter is before the Court on the Receiver T. Scott Avila's ("the Receiver") Eleventh, Twelfth, and Thirteenth Motions for Payment of Fees and Expenses (Dkts. 338, 347, and 366). For the reasons stated below, the Eleventh, Twelfth, and Thirteenth Motions are granted and the amounts sought approved.

The background of the procedures governing the Receiver's payments to his retained employees are set forth in the Order granting the Receiver's First Motion for Payment of Fees and Expenses (Dkt. 213 at 1-5). The payments requested by the Receiver and ordered by the Court for work performed from March 27, 2025 to the end of January 2026 can be found in prior Orders of the Court. (*See* Dkts. 213, 226, 230, 233, 260, 283, 325, 344.)

On March 26, 2026, the Receiver filed the Eleventh Motion for Payment of Fees and Expenses seeking authorization to pay the expenses and fees for work completed by Katten and Paladin in February 2026. (Dkt. 338; *see also* Dkt. 340 at 5-6.) The Receiver

seeks $8,352.47 ($2,115.00 in fees, $6,142.29 in expenses, and $95.18 in administrative fees) for payment to Paladin, and $22,530.50 ($22,530.50 in fees and $0.00 in expenses) for payment to Katten. (Dkt. 340 at 5-6.) Paladin's expenses in this period were entirely comprised of expenses for iDiscovery Solutions ("iDS"). (*Id.* at 5 n.1.)

On April 22, 2026, the Receiver filed the Twelfth Motion for Payment of Fees and Expenses seeking authorization to pay the expenses and fees for work completed by Katten and Paladin in March 2026. (Dkt. 347; *see also* Dkt. 349 at 5-6.) The Receiver seeks $11,452.41 ($5,280.00 in fees, $5,887.29 in expenses, and $285.12 in administrative fees) for payment to Paladin, and $16,459.50 ($16,459.50 in fees and $0.00 in expenses) for payment to Katten. (Dkt. 349 at 5-6.) Paladin's expenses in this period were entirely comprised of expenses for iDS. (*Id.* at 5 n.1.)

On April 28, 2026, the Receiver filed a Certificate of No Objection Regarding the Receiver's Eleventh Motion for Payment of Fees and Expenses, affirming that the Receiver had not received any objection to the Eleventh Motion from either Plaintiffs or Defendant and that neither Party filed such objection with the Court. (Dkt. 356.)

On May 7, 2026, the Receiver filed a Certificate of No Objection Regarding the Receiver's Twelfth Motion for Payment of Fees and Expenses, affirming that the Receiver had not received any objection to the Twelfth Motion from either Plaintiffs or Defendant and that neither Party filed such objection with the Court. (Dkt. 364.)

On May 21, 2026, the Receiver filed the Thirteenth Motion for Payment of Fees and Expenses seeking authorization to pay the expenses and fees for work completed by Katten and Paladin in April 2026. (Dkt. 366; *see also* Dkt. 368 at 5-6.) The Receiver

seeks $8,603.90 ($1,802.50 in fees, $6,720.29 in expenses, and $81.11 in administrative fees) for payment to Paladin, and $35,356.00 ($35,356.00 in fees and $0.00 in expenses) for payment to Katten. (Dkt. 368 at 5-6.) Paladin's expenses in this period were entirely comprised of fees and expenses for iDS. (*Id.* at 5 n.1.)

On June 5, 2026, the Receiver filed a Certificate of No Objection Regarding the Receiver's Thirteenth Motion for Payment of Fees and Expenses, affirming that the Receiver had not received any objection to the Thirteenth Motion from either Plaintiffs or Defendant and that neither Party filed such objection with the Court. (Dkt. 374.)

The Court has reviewed the Monthly Statements supporting the Receiver's Eleventh, Twelfth, and Thirteenth Motions and finds the requested fees and expenses to be reasonable given the work performed and the complexity of the issues. The Court notes that the requested hourly rates are largely the same as those approved in its April 7, 2026 Order. The Court also finds the e-discovery services provided by iDS to be reasonable in scope and cost given the issues raised in this action. (*See* Dkts. 340, 349, & 368 at 3-4.)

Consequently, the Court grants the Receiver's Eleventh Motion for Payment of Fees and Expenses and authorizes the Receiver to pay $8,352.47 to Paladin ($2,115.00 in fees, $6,142.29 in expenses, and $95.18 in administrative fees) and $22,530.50 to Katten ($22,530.50 in fees and $0.00 in expenses).

The Court also grants the Receiver's Twelfth Motion for Payment of Fees and Expenses and authorizes the Receiver to pay $11,452.41 to Paladin ($5,280.00 in fees,

$5,887.29 in expenses, and $285.12 in administrative fees), and $16,459.50 to Katten ($16,459.50 in fees and $0.00 in expenses).

The Court also grants the Receiver's Thirteenth Motion for Payment of Fees and Expenses and authorizes the Receiver to pay $8,603.90 to Paladin ($1,802.50 in fees, $6,720.29, and $81.11 in administrative fees), and $35,356.00 to Katten ($35,356.00 in fees and $0.00 in expenses). All payments are to be paid from the Receivership Property.

**ORDER**

Based on the motions, as well as all the files, records, and proceedings herein, **IT IS ORDERED** that:

1. The Receiver's Eleventh Motion for Payment of Fees and Expenses (Dkt. 338) is **GRANTED**;

2. Paladin is **ALLOWED** $2,115.00 in compensation for services rendered, $6,142.29 in expenses, and $95.18 in administrative fees incurred during February 2026, for a total of $8,352.47, on a final basis;

3. Katten is **ALLOWED** $22,530.50 in compensation for services rendered during February 2026, on a final basis;

4. The Receiver is **AUTHORIZED** to pay Paladin $8,352.47, to be paid from the Receivership Property;

5. The Receiver is **AUTHORIZED** to pay Katten $22,530.50, to be paid from the Receivership Property;

6. The Receiver's Twelfth Motion for Payment of Fees and Expenses (Dkt. 347) is **GRANTED**;

7. Paladin is **ALLOWED** $5,280.00 in compensation for services rendered, $5,887.29 in expenses, and $285.12 in administrative fees incurred during March 2026, for a total of $11,452.41, on a final basis;

8. Katten is **ALLOWED** $16,459.50 in compensation for services rendered during March 2026, on a final basis;

9. The Receiver is **AUTHORIZED** to pay Paladin $11,452.41, to be paid from the Receivership Property;

10. The Receiver is **AUTHORIZED** to pay Katten $16,459.50, to be paid from the Receivership Property;

11. The Receiver's Thirteenth Motion for Payment of Fees and Expenses (Dkt. 366) is **GRANTED**;

12. Paladin is **ALLOWED** $1,802.50 in compensation for services rendered, $6,720.29 in expenses, and $81.11 in administrative fees incurred during April 2026, for a total of $8,603.90, on a final basis;

13. Katten is **ALLOWED** $35,356.00 in compensation for services rendered during April 2026, on a final basis;

14. The Receiver is **AUTHORIZED** to pay Paladin $8,603.90, to be paid from the Receivership Property; and

15. The Receiver is **AUTHORIZED** to pay Katten $35,356.00, to be paid from the Receivership Property.

DATED: June 15, 2026

*s/Elizabeth Cowan Wright*
ELIZABETH COWAN WRIGHT
United States Magistrate Judge