**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Compeer Financial, ACA; Compeer Financial, PCA; and Compeer Financial, FLCA,<br><br>Plaintiffs,<br><br>v.<br><br>Corporate America Lending, Inc.,<br><br>Defendant. | Case No. 24-cv-01896 (JWB/ECW)<br><br><br><br>**ORDER** |

---

This matter is before the Court on the Receiver T. Scott Avila's ("the Receiver") Fourteenth and Fifteenth Motions for Payment of Fees and Expenses (Dkts. 379, 392). For the reasons stated below, the Fourteenth and Fifteenth Motions are granted and the amounts sought approved.

The background of the procedures governing the Receiver's payments to his retained employees are set forth in the Order granting the Receiver's First Motion for Payment of Fees and Expenses (Dkt. 213 at 1-5). The payments requested by the Receiver and ordered by the Court for work performed from March 27, 2025 to the end of April 2026 can be found in prior Orders of the Court. (*See* Dkts. 213, 226, 230, 245, 260, 283, 325, 344, 375.)

On June 23, 2026, the Receiver filed the Fourteenth Motion for Payment of Fees and Expenses seeking authorization to pay the expenses and fees for work completed by Katten and Paladin in May 2026. (Dkt. 379; *see also* Dkt. 381 at 5-6.) The Receiver

seeks $8,541.59 ($2,540.00 in fees, $5,887.29 in expenses, and $114.30 in administrative fees) for payment to Paladin, and $20,784.83 ($20,619.00 in fees and $165.83 in expenses) for payment to Katten. (Dkt. 381 at 5-6.) Paladin's expenses in this period were entirely comprised of expenses for iDiscovery Solutions ("iDS"). (*Id.* at 5 n.1.)

On July 8, 2026, the Receiver filed a Certificate of No Objection Regarding the Receiver's Fourteenth Motion for Payment of Fees and Expenses, affirming that the Receiver had not received any objection to the Fourteenth Motion from either Plaintiffs or Defendant and that neither Party filed such objection with the Court. (Dkt. 390.)

On July 24, 2026, the Receiver filed the Fifteenth Motion for Payment of Fees and Expenses seeking authorization to pay the expenses and fees for work completed by Katten and Paladin in June 2026. (Dkt. 392; *see also* Dkt. 394 at 5-6.) The Receiver seeks $8,585.99 ($2,582.50 in fees, $5,887.29 in expenses, and $116.20 in administrative fees) for payment to Paladin, and $11,572.50 ($11,572.50 in fees and $0.00 in expenses) for payment to Katten. (Dkt. 395 at 5-6.) Paladin's expenses in this period were entirely comprised of expenses for iDS. (*Id.* at 5 n.1.)

On August 10, 2026, the Receiver filed a Certificate of No Objection Regarding the Receiver's Fifteenth Motion for Payment of Fees and Expenses, affirming that the Receiver had not received any objection to the Fifteenth Motion from either Plaintiffs or Defendant and that neither Party filed such objection with the Court. (Dkt. 400.)

The Court has reviewed the Monthly Statements supporting the Receiver's Fourteenth and Fifteenth Motions and finds the requested fees and expenses to be reasonable given the work performed and the complexity of the issues. The Court notes

that the requested hourly rates are largely the same as those approved in its June 16, 2026 Order. The Court also finds the e-discovery services provided by iDS to be reasonable in scope and cost given the issues raised in this action. (*See* Dkts. 381 & 394 at 3-4.)

Consequently, the Court grants the Receiver's Fourteenth Motion for Payment of Fees and Expenses and authorizes the Receiver to pay $8,541.59 to Paladin ($2,540.00 in fees, $5,887.29 in expenses, and $114.30 in administrative fees) and $20,784.83 to Katten ($20,619.00 in fees and $165.83 in expenses).

The Court also grants the Receiver's Fifteenth Motion for Payment of Fees and Expenses and authorizes the Receiver to pay $8,585.99 to Paladin ($2,582.50 in fees, $5,887.29 in expenses, and $116.20 in administrative fees), and $11,572.50 to Katten ($11,572.50 in fees and $0.00 in expenses).

**ORDER**

Based on the motions, as well as all the files, records, and proceedings herein, **IT IS ORDERED** that:

1. The Receiver's Fourteenth Motion for Payment of Fees and Expenses (Dkt. 379) is **GRANTED**;

2. Paladin is **ALLOWED** $2,540.00 in compensation for services rendered, $5,887.29 in expenses, and $114.30 in administrative fees incurred during May 2026, for a total of $8,541.59, on a final basis;

3. Katten is **ALLOWED** $20,619.00 in compensation for services rendered and $165.83 in expenses incurred during May 2026, for a total of $20,784.83, on a final basis;

4. The Receiver is **AUTHORIZED** to pay Paladin $8,541.59, to be paid from the Receivership Property;

5. The Receiver is **AUTHORIZED** to pay Katten $20,619.00, to be paid from the Receivership Property;

6. The Receiver's Fifteenth Motion for Payment of Fees and Expenses (Dkt. 392) is **GRANTED**;

7. Paladin is **ALLOWED** $2,582.50 in compensation for services rendered, $5,887.29 in expenses, and $116.20 in administrative fees incurred during June 2026, for a total of $8,585.99, on a final basis;

8. Katten is **ALLOWED** $11,572.50 in compensation for services rendered during March 2026, on a final basis;

9. The Receiver is **AUTHORIZED** to pay Paladin $8,585.99, to be paid from the Receivership Property;

10. The Receiver is **AUTHORIZED** to pay Katten $11,572.50, to be paid from the Receivership Property;

DATED: September 1, 2026

*s/Elizabeth Cowan Wright*
ELIZABETH COWAN WRIGHT
United States Magistrate Judge